U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:        Free Ross-Clay

                                                          Chapter 13
                                                          Case No. 25-60825

         Debtor(s)

## **MOTION TO EXTEND AUTOMATIC STAY**

The Debtor(s), by counsel, state as follows:

1. That on 7/16/2025, the Debtor(s) filed in this Court a Petition under Chapter 13 of the US Bankruptcy Code.

2. The Debtor's previous bankruptcy cases are as follows:
   #08-62034, filed on 9/02/2008, Chapter 13, and dismissed 12/16/2008.
   #24-60920, filed on 8/22/2024, Chapter 13, and dismissed 3/12/2025.

3. Due to the dismissal of the previous case, the automatic stay will expire 30 days after the date of filing this new petition.

4. The Debtor is requesting that the Court extend the automatic stay for the following reason(s):

   a. The prior case was dismissed due to miscommunication between prior counsel and the debtor regarding when she was to stop her TFS and counsel was to file her wage deduction order.
   b. Debtor has been out on short term disability since May 9, 2025. She is scheduled to return to full time employment at Sentara Martha Jefferson Hospital on 7/29/2025 and she anticipates working 48 hours a week.
   c. Debtor believes that she can handle this plan payment which will be made via wage deduction from the start of this case.

    WHEREFORE, the Debtor(s) prays that the Court, after notice and an opportunity for hearing, enter an Order extending the automatic stay until such time the Court deems otherwise.

Dated: 7/22/2025

                                                       Respectfully submitted,

                                                       Free Ross-Clay

By Counsel

/s/ Marshall M. Slayton
Marshall M. Slayton, VSB # 37362
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtor(s)

## NOTICE OF HEARING

On application of the Debtors in the above-entitled case, notice is hereby given of the hearing on Debtors' Motion to Extend Automatic Stay, which is scheduled to be held on 8/14/2025, at 9:30AM, via Zoom before Judge Connelly. The parties shall not appear in person. The Meeting ID for the hearing is 160 369 2643 and may be accessed by using the following link: https://vawb-uscourts-gov.zoomgov.com/j/1603692643. For more instructions on how to access the hearing, please see the Court's website at www.vawb.uscourts.gov

/s/ Marshall M. Slayton                              7/22/2025
Marshall M. Slayton                                  Date

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the Bankruptcy Trustee via ECF, and was submitted to CertificateOfService.com for servicing via first-class mail to all creditors and to the Debtor(s), on 7/22/2025 . Certification from CertificateOfService.com will follow.


/s/ Marshall M. Slayton
Marshall M. Slayton